IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT V. BOWERS<br>230 Royal Oak Drive<br>Butler, PA 16002 | Civil Action No.  1:22-cv-274 |
| Plaintiff, | COMPLAINT |
| vs. | FILED ON BEHALF OF:<br>Plaintiff, Robert V. Bowers |
| HIGHWAY EQUIPMENT COMPANY<br>5846 West Road<br>McKean, PA 16426<br>Defendant. | COUNSEL OF RECORD FOR PARTY:<br>Neal A. Sanders, Esquire<br>PA ID No. 54618<br>Law Offices of Neal A. Sanders<br>262 South Water Street, Suite 200<br>Kittanning, PA 16201<br>lonas@earthlink.net<br>(724) 919-8884 |
| | JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, Robert V. Bowers, complaining of Defendant Highway Equipment Company, alleges as follows:

## PARTIES

1. Plaintiff, Robert V. Bowers, is an individual citizen who currently resides at 230 Royal Oak Drive, Butler, Pennsylvania 16002.

2. Defendant, Highway Equipment Company, is a corporation engaged in the business of leasing, selling and servicing light and heavy equipment with a principle place of business located at 5846 West Road, McKean, Pennsylvania 16426.

1

**STATUTES AND VENUE**

3. This action arises under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §621 et seq.

4. Jurisdiction over Count I of this action is conferred upon this Court by 29 U.S.C. §626(c) and 28 U.S.C. § 1331.

5. Venue is properly laid in the Western District of Pennsylvania because the Defendant does business within this District and all transactions and occurrences which give rise to this action occurred within this District.

**COUNT I**
**ADEA**
**Age Discrimination**

6. Defendant is an employer within the meaning of the ADEA, 29 U.S.C. § 630(b). Specifically, Defendant employed twenty (20) or more employees in each of twenty (20) or more weeks in the preceding calendar year.

7. At all times relevant hereto, Plaintiff, who was born in 1959, was a member of the class protected under the provisions of the ADEA by reason of his age.

8. On or about April 4, 2005, Plaintiff was hired by the Defendant as a salesman responsible for the sale of heavy and light equipment with the service area in Pennsylvania extending north from Interstate 80 to Erie and McKean and from the Pennsylvania/Ohio border west to DuBois.

9. At all times relevant hereto, Plaintiff was qualified for the position of salesman. Throughout his employment, Plaintiff was rated as "meets" or "exceeds" expectations on every performance evaluation he received.

10. In August 2021, the Defendant hired Mr. Bametzrieder as Vice President of Sales. As Vice President of Sales, Mr. Bametzrieder became Plaintiff's supervisor.

11. In February 2022, the Defendant promoted Mr. McCleary, who was approximately thirty-one years of age at the time, from mechanic to light equipment sales representative covering the same service area to which Plaintiff was assigned.

12. At the time of Mr. McCleary's promotion, Plaintiff was informed that he was a heavy equipment sales representative, even though he had previously sold both light and heavy equipment.

13. Removing the sales of light equipment from Plaintiff's responsibilities would have the natural effect of reducing Plaintiff's income from commissions.

14. On April 6, 2022, Plaintiff was informed that his employment with the Defendant was being terminated based on false allegations of poor performance and insubordination. (See attached)

15. Following Plaintiff's termination from employment, Plaintiff avers, based on knowledge, information and belief, that the Defendant hired or promoted an individual who is substantially younger than Plaintiff as heavy equipment sales representative for the service area for which Plaintiff had been responsible.

16. The Defendant, acting through its employees and agents, was motivated by Plaintiff's age when it terminated Plaintiff's employment.

17. By reason of the foregoing, the Defendant unlawfully discriminated against the Plaintiff because of his age when it terminated his employment and, in doing so, the Defendant violated the ADEA, 29 U.S.C. § 626(a)(1).

18. As the direct and proximate result of the Defendant's actions set forth above, the Plaintiff has suffered loss of wages, loss of retirement benefits, loss of insurance benefits, loss of other fringe benefits, loss of the opportunity to continue the gainful employ in which he had been engaged, loss of future earnings, and front pay, and loss of time and money in endeavoring to protect himself from Defendant's unlawful discrimination, including the costs and reasonable attorney's fees of this action.

19. The Defendant willfully violated the ADEA or with reckless disregard for whether its actions were prohibited such that an award of liquidated damages is appropriate.

20. Prior to filing this action, Plaintiff filed a charge alleging unlawful discrimination on the basis of age with the Equal Opportunity Commission (EEOC) and Pennsylvania Human Relations Commission (PHRC). A "right to sue" letter was issued by the EEOC with respect to this charge on July 18, 2022. A true and correct copy of this letter is attached hereto as Exhibit 1. The PHRC is continuing to investigate this matter for the remainder of the one year period mandated by 43 P.S. § 962(c)(1).

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the Defendant and award Plaintiff back pay, front pay or reinstatement, compensatory damages for loss of benefits, liquidated damages and reasonable costs and attorney's fees.

                                                Respectfully submitted,

                                                LAW OFFICES OF NEAL A. SANDERS

Dated: September 19, 2022          By:/s/Neal A. Sanders
                                                Neal A. Sanders, Esquire
                                                PA ID No. 54618
                                                Counsel for Plaintiff,
                                                Robert V. Bowers

                                                Law Offices of Neal A. Sanders
                                                262 South Water Street, Suite 200
                                                Kittanning, PA 16201
                                                lonas@earthlink.net
                                                (724) 919-8884

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

                                                By:/s/Neal A. Sanders
                                                   Neal A. Sanders, Esquire